76666.0209

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| CESAR SALAZAR | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:17-CV-00001 |
| | § | |
| TRAVELERS LLOYDS OF TEXAS | § | |
| INSURANCE COMPANY AND | § | |
| CAROLYN TAUTE | § | |
| | § | |
| Defendants | § | |

## NOTIFICATION OF SETTLEMENT

TO THE HONORABLE DISTRICT COURT:

Plaintiff Cesar Salazar and Defendant, Travelers Lloyds of Texas Insurance Company file this Notification of Settlement.

1. The parties settled this case at mediation conducted on June 20, 2017 with Judge Raul Vasquez.

2. The parties will file a Stipulation Order of Dismissal after the release is signed and the settlement funds have been paid.

Signed this 17th day of July, 2017.

1

76666.0209

Respectfully submitted,

**LAWRENCE LAW FIRM**
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Telephone: (956) 994-0057
Facsimile:  (800) 507-4152
lawrencefirm@gmail.com


By: _____
LARRY W. LAWRENCE
State Bar No. 00794145
MICHAEL LAWRENCE
State Bar No. 24055826

ATTORNEYS FOR PLAINTIFF

**ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.**
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone: (210) 344-0500
Facsimile:  (210) 344-7228
bscheihing@adamilaw.com


By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

ATTORNEY FOR DEFENDANT

76666.0209

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been e-filed with the Court and sent via facsimile to the following counsel of record in compliance with the Federal Rules of Civil Procedure this 17 day of July, 2017:

Larry W. Lawrence, Jr.
Michael Lawrence
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
lawrencefirm@gmail.com

ROBERT F. SCHEIHING