76666.0209

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CESAR SALAZAR | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:17-CV-00001 |
| | § | |
| TRAVELERS LLOYDS OF TEXAS | § | |
| INSURANCE COMPANY AND | § | |
| CAROLYN TAUTE | § | |
| | § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this 11th day of August, 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: /s/ Robert F. Scheihing
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANTS**

LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Telephone: (956) 994-0057
Facsimile: (800) 507-4152
Lawrencelawfirm@gmail.com

By: /s/Michael Lawrence
LARRY W. LAWRENCE, JR.
State Bar No: 00794145
MICHAEL LAWRENCE
State Bar No. 24055826

**ATTORNEYS FOR PLAINTIFF**